CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 3 2010

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 5:08CR00037** |
| ) | **(Case No. 5:10CV80275)** |
| **v.** ) | |
| ) | **FINAL JUDGMENT AND ORDER** |
| ) | |
| **FIDEL LUIS VIDAL,** ) | **By: Glen E. Conrad** |
| ) | **Chief United States District Judge** |
| **Defendant.** ) | |

For the reasons stated in the memorandum opinion entered this day, it is

### ADJUDGED AND ORDERED

as follows:

1. The defendant's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is **GRANTED** to the extent that he is entitled to a renewed opportunity to appeal;

2. The clerk is **DIRECTED** to prepare and enter a new judgment, identical to the most recent amended judgment except as to the date of entry, and upon entry of the new judgment, the amended judgment entered May 13, 2010 shall be **VACATED;**

3. Trial counsel is **DIRECTED** to enter a notice of appeal from the new judgment on behalf of the pro se defendant; and

4. All further action to be taken in the criminal proceedings, the § 2255 action is stricken from the active docket of the court.

ENTER: This /2ᵗʰ day of August, 2010.

_____
Chief United States District Judge